IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**EDWIN ESTIEN, JR.,** : Civil No. 1:13-CV-02474
:
**Plaintiff,** :
:
v. : (Judge Sylvia H. Rambo)
:
:
**MARY LOU SHOWALTER, et al.,** :
:
**Defendants.** :

# **O R D E R**

In accordance with the accompanying memorandum issued on this date,

**IT IS HEREBY ORDERED THAT**:

1) Corrections Defendants' motion for summary judgment (Doc. 113) is **GRANTED** in favor of Defendants Dunkle and Showalter.

2) The Clerk of Court is directed to **ENTER** judgment in favor of Corrections Defendants Dunkle and Showalter and against Plaintiff.

3) Medical Defendant Parkes' motion for summary judgment (Doc. 107) is **GRANTED** in favor of Defendant Parkes.

4) The Clerk of Court is directed to **ENTER** judgment in favor of Defendant Parkes and against Plaintiff.

5) Plaintiff's motion for cross summary judgment (Doc. 122) is **GRANTED** in favor of Defendants Dunkle, Showalter, and Parkes.

6) The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Dunkle, Showalter, and Parkes and against Plaintiff.

7) The Clerk of Court is directed to **CLOSE** this case.

s/Sylvia H. Rambo  
SYLVIA H. RAMBO  
United States District Judge

Dated: September 28, 2017